SCHOOL TRUSTEES OF ANDREWS SCHOOL DISTRICT v.
J. Q. BARKER ET AL.

(Filed 13 December, 1913.)

APPEAL by defendant from *Ferguson, J.,* at August Term, 1913, of CHEROKEE.

Civil action, heard upon demurrer to the complaint.

The demurrer was overruled, and the defendants ordered to answer over. Defendants appealed.

*Witherspoon & Witherspoon and H. W. Bell for plaintiffs.*
*Dillard & Hill for defendants.*

PER CURIAM. Upon a consideration of the appeal, the Court is of opinion that the demurrer was properly overruled.

Affirmed.